IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM KEVIN TOMERLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  3:19-cv-00256-SMY-GCS |
| | ) |
| ARKRAY USA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiff, William Kevin Tomerlin, by and through his attorney, Ronald A.

Roth of the Roth Law Offices, LLC, and hereby moves for an order voluntarily dismissing

this matter without prejudice.


/S/Ronald A. Roth
Ronald A. Roth #51637
Roth Law Offices, LLC
2421 Corporate Centre Dr., Ste. 200
Granite City, IL 62040
#618/931-5000
Fax #618/931-6474
E-mail:  raroth@rothlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I electronically filed Plaintiff's Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew B. Champlin
HeplerBroom LLC
P.O. Box 510
130 N. Main St.
Edwardsville, IL 62025
#618/656-0184
Fax #618/656-1364
matthew.champlin@heplerbroom.com
Attorney for Defendant

/S/Ronald A. Roth
Ronald A. Roth #51637
Roth Law Offices, LLC
2421 Corporate Centre Dr., Ste. 200
Granite City, IL 62040
#618/931-5000
Fax #618/931-6474
E-mail:  raroth@rothlaw.com
Attorney for Plaintiff